IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DIEGO LUA-GARCIA,<br><br>　　　　　　　Defendants. | **CASE NO.  1:20-CR-00031 NONE SKO**<br><br>**ORDER RECHARACTERIZING DEFENDANT'S MOTION TO REVOKE DETENTION ORDER AS A MOTION FOR BAIL REVIEW** |

The United States of America, by and through MCGREGOR W. SCOTT, United States Attorney, and Kathleen A. Servatius and Katherine E. Schuh, Assistant United States Attorneys, having moved to re-characterize Defendant Lua's Motion To Revoke Detention as a motion for bail review, and as the defendant's motion argues that COVID-19 provides changed circumstances justifying a request to revisit the prior order of detention;

IT IS HEREBY ORDERED that the defendant's motion to revoke detention order shall be re-characterized as a motion for bail review and will heard on the duty Magistrate's calendar duty attorney.

IT FURTHER ORDERED that the government's response to the motion shall be filed on or before May 28, 2020.

///

///

1

IN ADDITION, the parties shall consult with each other and the courtroom deputy to set the hearing date for the defendant's motion.

IT IS SO ORDERED.

Dated:   **May 21, 2020**

UNITED STATES MAGISTRATE JUDGE