1 Victor M. Perez, SBN 114381
THE PEREZ LAW FIRM
2 1304 W. Center Avenue
Visalia CA 93291
3 Telephone: (559) 625-2626
Facsimile:  (559) 625-3064
4
Attorney for Defendant DIEGO GARCIA LUA
5

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:20-CR-00031 NONE SKO |
|---|---|
| Plaintiff, | [STIPULATION RE HEARING DATE ON MOTION FOR BAIL REVIEW |
| v. | |
| DIEGO LUA-GARCIA, | |
| Defendants. | |

It is hereby stipulated by and between McGregor W. Scott, United States Attorney, Kathleen Anne Servatius, Assistant United States Attorney and Victor M. Perez, Attorney for Defendant that the Motion to Revoke the Pretrial Detention Order filed on May 25, 2020, in this matter (subsequently converted to a motion for bail review by the Honorable Stanley A. Boone) be heard before the

///
///
///
///
///
///
///

Honorable Sheila K. Oberto on Friday, June 5, 2020, at 2:00 p.m. in Courtroom 7, 6th Floor, Robert E. Coyle United States Courthouse, 2500 Tulare Street Fresno, CA 93721.

Dated: June 2, 2020

MCGREGOR W. SCOTT
United States Attorney

/s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

DATED: June 2, 2020

/s/ *Victor Perez*
Victor Perez, Attorney for Diego Lua-Garcia

THE PEREZ LAW FIRM
1304 W. Center Avenue
Visalia CA 93291
Telephone: (559) 625-2626
Facsimile: (559) 625-3064

## ORDER

IT IS HEREBY ORDERED that the Motion for Bail Review hearing shall take place on Friday, June 5, 2020, at 2:00 p.m., in Courtroom 7, 6th Floor, Robert E. Coyle United States Courthouse before the Honorable Sheila K. Oberto.

IT IS SO ORDERED.

Dated:   **June 4, 2020**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE