Victor M. Perez, SBN 114381
THE PEREZ LAW FIRM
1304 W. Center Avenue
Visalia CA 93291
Telephone: (559) 625-2626
Facsimile:  (559) 625-3064

Attorney for Defendant DIEGO GARCIA LUA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DIEGO LUA-GARCIA,<br><br>        Defendants. | CASE NO.  1:20-CR-00031 NONE SKO<br><br>**STIPULATION RE HEARING DATE ON MOTION FOR BAIL REVIEW** |

   It is hereby stipulated by and between McGregor W. Scott, United States Attorney, Kathleen Anne Servatius, Assistant United States Attorney and Victor M. Perez, Attorney for Defendant that the Motion to Revoke the Pretrial Detention Order filed on May 25, 2020, in this matter (subsequently converted to a motion for bail review by the Honorable Stanley A. Boone) be continued from June 29, 2020 at 2:00 p.m. until July 6, 2020 at 2:00 p. m, before the duty judge.

Dated:  June 26, 2020

               MCGREGOR W. SCOTT
               United States Attorney

               /s/ *Kathleen A. Servatius*
               KATHLEEN A. SERVATIUS
               Assistant United States Attorney
               2500 Tulare Street, Suite 4401
               Fresno, California 93721
               Telephone: (559) 497-4000
               Facsimile:  (559) 497-4099

DATED:  June 26, 2020

/s/ *Victor Perez*

Victor Perez, Attorney for Diego Lua-Garcia

THE PEREZ LAW FIRM
1304 W. Center Avenue
Visalia CA 93291
Telephone: (559) 625-2626
Facsimile:  (559) 625-3064

ORDER

    IT IS HEREBY ORDERED that the Motion for Bail Review hearing shall take place on July 6,

2020, at 2:00 p.m. before the duty magistrate judge.

IT IS SO ORDERED.

Dated:  __**June 26, 2020**__

UNITED STATES MAGISTRATE JUDGE