Victor M. Perez, SBN 114381
THE PEREZ LAW FIRM
1304 W. Center Avenue
Visalia CA 93291
Telephone: (559) 625-2626
Facsimile: (559) 625-3064

Attorney for Defendant DIEGO GARCIA LUA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-CR-00031 NONE SKO |
| Plaintiff, | STIPULATION RE REDUCTION OF BAIL AMOUNT TO 1.4 MILLION DOLLARS |
| v, | |
| DIEGO GARCIA LUA, | Honorable Magistrate Barbara A. McAuliffe |
| Defendants. | |

## STIPULATION

It is hereby stipulated by and between McGregor W. Scott, United States Attorney, Kathleen Anne Servatius, Assistant United States Attorney and Victor M. Perez, Attorney for Defendant, that due to three of Defendant's properties being subject to federal forfeiture liens, the previous bail amount of two million dollars ($2,000,000) set by this Court for the release of Defendant Diego Lua Garcia may be reduced to a new bail amount of one million, four hundred thousand dollars ($1,400,000).

The seven (7) properties listed below, which have a combined value of $1,480,000, comprise the 1.4 million dollars necessary to secure the release of Defendant DIEGO LUA GARCIA:

| PROPERTY | | VALUE | LIEN | NET VALUE |
|---|---|---|---|---|
| (1) | Avenue 460 Orchard, Orange Cove, CA<br>APN # 005-040-040-000 | $500,000 | $60,000 | $440,000 |
| (2) | Hogan Ranch, Fresno County<br>APN #185-161-16 | $557,000 | $60,000 | $ 57,000 |
| (3) | Residential Duplex<br>APN# 023-160-043-000 | $130,000 | $ 0.00 | $130,000 |
| (4) | Commercial Lot, Road 128, Orosi CA<br>APN 023-160-044-000 | $100,000 | $20,000 | $ 80,000 |
| (5) | 41289 Road 128, Orosi CA<br>APN #023-160-058-000 | $355,000 | $ 0.00 | $355,000 |
| (6) | 1813 E. Lauren Avenue, Dinuba CA<br>APN #013-120-035-000 | $283,000 | $75,000 | $208,000 |
| (7) | 13314 Avenue 422, Orosi CA<br>025-050-026-000 | $210,000 | $0.00 | $210,000 |

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

By

Dated: September 16, 2020

*[signature]*

KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

///
///

Dated: September 17, 2020

VICTOR M. PEREZ
THE PEREZ LAW FIRM
1304 W. Center Avenue
Visalia CA 93291
Telephone: (559) 625-2626
Facsimile: (559) 625-3064

## ORDER

IT IS HEREBY ORDERED that the previous bail amount of two million dollars ($2,000,000) previously set by this Court for the release of Defendant Diego Lua Garcia, shall be reduced to one million, four hundred thousand dollars ($1,400,000).

Dated: **September 17, 2020**

/s/ Barbara A. McAuliffe
HONORABLE BARBARA A. McAULIFF
United States Magistrate Judge
Eastern District of California