1
2
3
4

Victor M. Perez, SBN 114381
THE PEREZ LAW FIRM
1304 W. Center Avenue
Visalia CA 93291
Telephone: (559) 625-2626
Facsimile:  (559) 625-3064

5

Attorney for Defendant DIEGO GARCIA LUA

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11

UNITED STATES OF AMERICA,

CASE NO.:  1:20-CR-00031 NONE SKO

12

          Plaintiff,

STIPULATION AND ORDER TO
MODIFY CONDITIONS OF RELEASE
AND REMOVE ELECTRONIC MONITOR

13

          v.

14

DIEGO GARCIA LUA,

15

          Defendant.

16

       Defendant DIEGO GARCIA LUA, through his counsel Attorney Victor M. Perez, hereby

17

represents and requests as follows:

18

       1.   On July 7, 2020, Mr. Garcia Lua was ordered released on Pretrial Supervision with

19

Location Monitoring and Home Detention, including the posting of a $2,000,000.00 property bond

20

and third-party custody of his daughter, Michelle Lua.

21

       2.  Mr. Garcia Lua was released on September 21, 2020.

22

23

       3.   Since his release, Mr. Garcia Lua is and has remained in full compliance with all the

24

terms and conditions of his Pretrial Services conditions of release.

25

       4.  Mr. Garcia Lua has participated in substance abuse testing with no positive drug tests.

26

He has maintained a stable residence with his daughters.  He has not had any contact with law

27

enforcement or contact with any of his co-defendants.  Mr. Garcia Lua has also complied with all

28

of the rules and regulations of Pretrial Services, including the requirements of the Location

[Click & Type]

1   Monitoring program.

2        5.   The Assistant United States Attorney, who is counsel of record for the United States,

3   does not oppose the defendant's request based on the above representations and the concurrence

4   of Pretrial Services Officer Frank Guerrero.

5        6.   Based on the above factors and the fact that Mr. Garcia Lua is still subject to a

6   $2,000,000.00 secured property bond, Pretrial Services is recommending the removal of the

7

8   Location Monitoring condition.

9        Defendant therefore requests the following modification of pretrial supervision:

10             **<u>AMENDED SPECIAL CONDITIONS OF RELEASE</u>**

11

12        1.   Mr. Garcia Lua's pretrial release condition shall be modified to remove the Location Monitoring condition.

13   and the immediate removal of Mr. Garcia Lua's electronic monitor.

14        **IT IS SO STIPULATED.**

15   Dated:                                /s/ Victor M. Perez

16                                        VICTOR M. PEREZ
                                     THE PEREZ LAW FIRM

17                                        Attorney for Defendant
                                     1304 W. Center Avenue

18                                        Visalia CA 93291

19                                        Telephone (559) 625-2626
                                     Facsimile (559) 625-3064

20

21                                        PHILLIP A. TALBERT
                                     Acting United States Attorney

22

23             By

24   Dated:                                /s/ Katherine Englander Schuh

25                                        KATHERINE ENGLANDER SCHUH
                                     Assistant United States Attorney

26                                        2500 Tulare Street, Suite 4401
                                     Fresno, California 93721

27                                        Telephone: (559) 497-4000
                                     Facsimile:  (559) 497-4099

28

**ORDER**

    **IT IS SO ORDERED** that Mr. Garcia Lua's pretrial release condition shall be modified to remove the Location Monitoring condition and that Mr. Garcia Lua's currently installed electronic monitor be removed. All other conditions of release are to remain as previously ordered.

IT IS SO ORDERED.

Dated:   **June 9, 2021**

                                          UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Click & Type]