MICHELE BECKWITH
Acting United States Attorney
JUSTIN J. GILIO
KEVIN C. KHASIGIAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00031-JLT-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| DIEGO LUA-GARCIA, | |
| Defendant. | |

On or about August 30, 2024, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Diego Lua-Garcia forfeiting to the United States the following property:

    a. A sub res in the amount of $225,000.00, plus all accrued interest, in lieu of the real property located at 13302 Avenue 460, Orange Cove, California, APN: 005-040-41.

Beginning on October 26, 2024, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

     The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

     The Court has been advised that the United States recorded its withdrawals of the lis pendens against the real property located at 13302 Avenue 460, Orange Cove, California, Tulare County, APN: 005-040-41 and real property located at 12584 Avenue 464, Orange Cove, California, Tulare County, APNs: 005-012-006 and 005-012-008.

     Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Diego Lua-Garcia.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **March 12, 2025**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE